## J. Clinton Grant, Defendant in Error, v. George Schwartz, Plaintiff in Error.

### Gen. No. 18,711.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and remanded. Opinion filed November 4, 1913.

### Statement of the Case.

Action of forcible detainer by J. Clinton Grant against George Schwartz for certain rooms leased. From a judgment for possession, defendant brings error.

PERCIVAL STEELE, for plaintiff in error; HARVEY L. CAVENDER, of counsel.

No appearance for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

## Abstract of the Decision.

FORCIBLE ENTRY AND DETAINER, § 71*—*defendant's possession must be proved.* In an action of forcible detainer by a lessor against a lessee, in absence of proof that the lessee, where no one was holding under him, was in actual possession of the premises at the time suit was brought, defendant's motion for a peremptory instruction should be granted.